IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| CHRISTINE JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 119-079 |
| | ) | |
| ANDREW SAUL, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Pursuant to 28 U.S.C. § 636(b) and this Court's Local Rule 72, this appeal from the final decision of the Commissioner of Social Security denying Plaintiff's claim for Social Security benefits has been referred to the undersigned for review and recommendation as to disposition. On October 9, 2019, the Court issued a Briefing Order in which Plaintiff was directed to file her brief within thirty days and Defendant was to file his brief forty-five days after Plaintiff's. (Doc. no. 9.) On December 3, 2019, after the Court granted Plaintiff an extension, Plaintiff filed her brief, but Defendant has failed to respond within the forty-five-day deadline. (Doc. nos. 10-12.)

Thus, Defendant shall have until the close of business on Friday, January 31, 2020, to file his brief.

SO ORDERED this 24th day of January, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA