AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHRISTINE JENKINS,

    Plaintiff,

v.

ANDREW SAUL, Commissioner of Social Security Administration,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 119-079

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 1, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the Court's opinion; therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Court REVERSES the final decision of the Commissioner and REMANDS this case to the Commissioner for further consideration in accordance with the Court's opinion. This case stands CLOSED.



09/01/2020
Date

John E. Triplett, Acting Clerk
Clerk

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/1/03